MICHAEL R. AYERS
Nevada Bar No. 10851
HINSHAW & CULBERTSON LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant Portfolio Recovery Associates, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL CALKINS,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SERVICES, INC.,

Defendants.

Case No. 2:16-cv-02628-RFB-VCF

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PORTFOLIO RECOVERY ASSOCIATES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST FOR EXTENSION]**

COMES NOW, Defendant Portfolio Recovery Associates, LLC ("PRA"), and Plaintiff, Michael Calkins ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to December 21, 2016, for PRA to answer or otherwise plead in response to Plaintiff's Complaint.

This is PRA's first request for an extension, which it requested from Plaintiff in order to allow PRA additional time to investigate the factual allegations of the Complaint. Plaintiff has no opposition to PRA's request for an extension.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED**.

DATED this 7th day of December, 2016.

| THE LAW OFFICE OF VERNON NELSON | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Vernon A. Nelson, Jr.<br>Vernon A. Nelson, Jr., Esq.<br>Nevada Bar No. 6434<br>9480 South Eastern Avenue, Suite 244<br>Las Vegas, NV 89123<br>Telephone: 702-476-2500<br>Facsimile: 702-476-2788<br>Primary: vnelson@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff* | /s/ Michael R. Ayers<br>Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Facsimile: 602-631-4404<br>Primary: mayers@hinshawlaw.com<br>*Attorneys for Defendant Portfolio Recovery Associates, LLC* |

KRAVITZ, SCHNITZER & JOHNSON, CHTD

/s/ Gina M. Mushmeche
Gina M. Mushmeche, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: 702-362-6666
gmushmeche@ksjattorneys.com
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**ORDER**

IT IS SO ORDERED:   12-7-2016

_____
UNITED STATES MAGISTRATE JUDGE

2

23485195v1 2448