GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Portfolio Recovery Associates, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 2:16-cv-02628-RFB-VCF<br><br>**ORDER GRANTING DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S MOTION TO SEAL EXHIBIT 4 [ECF NO. 24-4] OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

　　The Court having considered Defendant, Portfolio Recovery Systems, LLC's ("PRA"), Motion to Seal, and good cause appearing therefor,

　　IT IS ORDERED that the following be sealed:

　　1.　Exhibit 4 (ECF No. 24-4) to PRA's Motion for Protective Order dated September 25, 2017.

　　IT IS FURTHER ORDERED that the above remain under seal with the Clerk's office, and that it not be made part of the public court record, until further order of the Court.

Dated: 09/26/2017

_____
UNITED STATES MAGISTRATE JUDGE

300490875v1 0993589