GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Portfolio Recovery Associates, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:16-cv-02628-RFB-VCF<br><br>**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56, Federal Rules of Civil Procedure, Defendant Portfolio Recovery Systems, LLC ("PRA"), hereby submits the following Separate Statement of Facts in Support of its Motion for Summary Judgment:

1. Prior to 2015, Plaintiff was indebted to Capital One Bank, Inc. (the "Account"). Compl., Doc. 1, at ¶8.

2. PRA purchased the Account from Capital One Bank, Inc on January 20, 2015. *Id*.; Dec. of Mark Anderson ¶4, attached as **Exhibit A**.

3. Plaintiff and PRA entered into an agreement to resolve the Debt in full (Account# 5155990048375954) and Plaintiff made payment on May 28, 2015, which was processed by June 7, 2015. *Id*. at ¶10; Dec. of Mark Anderson ¶5; Transaction Detail, PRA000001, attached as **Exhibit B**; Payment History, PRA000002, attached as **Exhibit C**.

4. On November 15, 2016, Plaintiff filed a Complaint against PRA for violations of the Fair Credit Reporting Act ("FCRA"). Compl. at ¶39.

300486235v1 0993589

5.    The Complaint alleges that PRA committed willful violations of the FCRA. *Id*. at ¶22.

6.    The Complaint includes a claim for violating the Nevada Deceptive Trade Practices Act, Nevada Revised Statutes Chapter 598. *Id*. at ¶¶47-50.

7.    The Complaint alleges PRA incorrectly reported the Account as in collection in April 2015 to June 2015. *Id*. at ¶12.

8.    The Complaint also alleges that PRA incorrectly reported the Account as in collection in December 2015 and January 2016. *Id*. at ¶15.

9.    On or around June 8, 2017, co-defendant Experian Information Services, Inc. ("Experian") disclosed an Automated Consumer Dispute Verification Response ("ACDV Response") from PRA. EXP-Calkins-2628 000235, a true and correct copy is attached hereto as **Exhibit D**; Dec. of Mark Anderson ¶6.

10.    Plaintiff's counsel acknowledged that the ACDV Response did not list Plaintiff's Account as being in collections in December 2015 and/or January 2016. Email from Plaintiff's counsel to PRA's counsel dated June 29, 2017, attached hereto as **Exhibit E,** Dec. of Mark Anderson ¶7.

11.    Experian admits that nothing in the ACDV Response indicated Plaintiff's Account as being in collections in December 2015 and/or January 2016. Exp.'s Dep., **Exhibit F**, at 65:20-68:5.

DATED this 6<u>th</u> day November, 2017.

> KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
>
> /s/ Gina M. Mushmeche, Esq.
> Gina M. Mushmeche, Esq.
> Nevada Bar No. 10411
> 8985 South Eastern Avenue, Suite 200
> Las Vegas, NV 89123
> Telephone: 702-362-6666
> Facsimile: 702-362-2203
> Primary: gmushmeche@kssattorneys.com
> Attorneys for Defendant Portfolio Recovery Associates, LLC

2

300486235v1 0993589