# Exhibit "A"

# Exhibit "A"

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON,
CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Portfolio Recovery Associates, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL CALKINS,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
a foreign limited liability company; and
EXPERIAN INFORMATION SERVICES, INC.,

    Defendants.

) Case No. 2:16-cv-02628-RFB-VCF
)
)
)
)
) **DECLARATION OF MARK**
) **ANDERSON IN SUPPORT OF**
) **MOTION FOR SUMMARY**
) **JUDGMENT**
)
)
)
)

I, Mark Anderson, declare:

1. I am over the age of 18 years old and am competent to testify.

2. I am VP – Strategy Owned Portfolio at Portfolio Recovery Associates, LLC ("PRA").

3. I have personal knowledge of the following facts.

4. On January 20, 2015, PRA purchased the account of Michael Calkins (account #515599004837) from Capital One Bank, Inc. (the "Account").

5. On May 28, 2015, PRA called Michael Calkins about the Account and he agreed to settle it in full with a payment by debit card.

6. On December 24, 2015, Experian Information Services,

Inc. sent PRA an Automated Consumer Dispute Verification ("ACDV") concerning the Account.

7. On January 8, 2016, PRA responded to the ACDV by listing the last payment date as May 28, 2015 and the Account as settled.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 6th day of November, 2017.

Mark Anderson

300531898v1 0993589