# Exhibit "B"

# Exhibit "B"

Close Window

Transaction Detail for Account: ████████████

| Tran Date | 5/28/2015 12:12:59 PM |
|---|---|
| Update Date | 5/29/2015 8:41:26 AM |
| Type | PMT |
| So | 2 |
| Amount | ($600.00) |
| Description | 155523038 Q000VSA |
| Entry ID | WOL |
| Allocation Code | OCIP |
| Billing Date | |
| Statement Date | |

| | Principal | Interest | Costs | Other | Com Due | Responsibility |
|---|---|---|---|---|---|---|
| PRA | ($600.00) | $0.00 | $0.00 | $0.00 | $0.00 | N PORT |
| PRA Balances | $101.14 | $0.00 | $0.00 | $0.00 | | $101.14 |
| Host | ($600.00) | $0.00 | $0.00 | $0.00 | | |
| Host Balances | $101.14 | $0.00 | $0.00 | $0.00 | | $101.14 |