# Exhibit "C"

## Exhibit "C"





Portfolio Recovery Associates, LLC

Close Window

Payment History for account: ████████

Filter Constraint -

Tran Code:
```
INIT_BAL
PMT
```

Tran Date From: [          ]    To: [          ]    GO

Clear Filter

Extended View

| | Tran Date | Post Date | Amount | PRA Amount | Tran Code |
|---|---|---|---|---|---|
| Detail | 5/28/2015 12:12:59 PM | 5/29/2015 8:41:26 AM | ($600.00) | $101.14 | PMT |
| Detail | 1/22/2015 2:19:15 PM | 1/22/2015 2:19:15 PM | $701.14 | $701.14 | INIT_BAL |
| | | Total | $101.14 | | |