# Exhibit "D"

# Exhibit "D"

Case 2:16-cv-02628-RFB-VCF   Document 36-3   Filed 11/06/17   Page 2 of 2

EXP-Calkins-2628 000235

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 | | |
|---|---|---|---|---|---|---|---|
| RUN DATE: | 03/15/2017 | ACDV Response | DOCUMENT VIEWED: | Y | | | |
| RUN TIME: | 09:09:13 | **Auto Response:** | | | 3898537225002 | | |
| SUBCODE: | 1980435 | ACCOUNT #: ▮▮▮▮▮ | | | | | |
| | | SUBSCRIBER: Portfolio Recovery Associates | | | | | |

| DISPUTE REASON: | 106 - Disputes present/previous Account Status, History. Verify accordingly. | | | Office: | 1 |
|---|---|---|---|---|---|
| | | | | Date Sent: | 12/24/2015 |
| | | | | Date Due: | 01/10/2016 |
| REMARKS: | | | | Resp Date: | 01/08/2016 |

| CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 01/10/2016 | | |
|---|---|---|---|---|---|
| Name: MICHAEK LEE CALKINS | MICHAEL L CALKINS | Name Flag: | D | X | S |
| SSN: ▮▮▮ DOB: ▮▮▮ | | Second Name: | | | |
| Curr Address: 2050 W WARM SPRINGS RD UNIT 3324 | 2050 W WARM SPRINGS RD UNIT | Curr Addr Flag: | Different | | |
| HENDERSON, NV | HENDERSON, NV | Prev Addr Flag: | | | |
| ZIP: 89014 | 89014 | SSN Flag: | Same | | |
| Prev Addr 1: | | DOB Flag: | Unknown | | |
| Prev Addr 2: | | Authorized Verifier: | Shawntae Perry | | |
| Account Name: | | Phone: | (866) 428-6589 | | |
| RESPONSE: **02 - Modify account information as indicated.** | | DF Contact Phone #: | (866) 428-6589 | | |

| TRADE INFORMATION | | **SUBSCRIBER RESPONSE** | | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | | SETTLED/ COLL ACCT | | /CURR ACCT | |
| Act Status/Rating: | | 62 | | | | | |
| Payment Rating: | | | | | | | |
| CII: | ECOA: | | 1 | | 1 | | |
| Balance: | Balance Date: | 0 | 01/08/2016 | 0 | 06/10/2015 | 0 | |
| Amt Past Due: | | 0 | | | | | |
| Orig Delinq Date: | | 05/13/2013 | | | | | |
| Credit Limit/Orig Amt: | | | | | | | |
| High Credit Balance: | | 701 | | 701 | | | |
| Charge Off Amt: | | | | | | | |
| Sch Monthly Pay: | Act Pay: | | | | | | |
| Portfolio Name: | | | | | | | |
| Date Last Pay: | | 05/28/2015 | | 05/28/2015 | | | |
| Open Date: | Closed Date: | 01/20/2015 | 06/07/2015 | 01/20/2015 | | | |
| Spec Comm Code: | | AU | | AU | | | |
| Cons Compl Code: | | XB | | | | | |
| Type: | Terms: | Freq: | 0C | | 0C | 001 | |
| Original Creditor: | | HSBC BANK NEVADA N.A. | | HSBC BANK NEVADA N.A. | | | |
| Special Payment/Date/Amt: | | | | | | | |

| | | | | | Response History Grid | | | | | | | | | | On-File History Grid | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | | | | | | | | | | | | | 2015 | | | | | | | | G | G | | | |
| 2015 | B | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2009 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | | 2008 | | | | | | | | | | | | |