# Exhibit "E"

# Exhibit "E"

| | |
|---|---|
| **From:** | Vernon Nelson |
| **To:** | Ayers, Michael R. |
| **Cc:** | Rivera, Tammy L.; Powell, Eleanor J.; Melanie Quintos Nelson; Dominique Cannon |
| **Subject:** | RE: Calkin v. PRA - docs relevant to RFA |
| **Date:** | Thursday, June 29, 2017 5:20:47 AM |
| **Attachments:** | image001.jpg<br>Experian 000235.pdf<br>Experian 1-9-16 report.pdf<br>2-8-16 Experian report of PRA account.pdf |
| **Importance:** | High |

Hi Michael- I looked at the docs referenced below and I am particularly interested in 000235. Thanks for pointing it out to me.

I just want to make sure I'm reading this correctly. (Please see attachments)

PRA responded to Experian's notification of a dispute on 1/8/16. PRA's response indicates that Calkins paid/settled the account on May 28, 2015. I do not see anything that provides a basis for Experian reporting the account as negative in December of 2015 and January of 2016. Thus, Experian is responsible for the incorrect negative reporting in December of 2015 and January of 2016.

Am I reading this correctly? If so, I will push Experian. If I move for Summary judgment, will you be able to get a PRA rep to provide me with an affidavit that I can use in support of my motion?

Let me know.

Thanks

Vernon

**From:** Ayers, Michael R. [mailto:MAyers@hinshawlaw.com]
**Sent:** Monday, June 19, 2017 2:48 PM
**To:** Vernon Nelson <vnelson@nelsonlawfirmlv.com>
**Cc:** Rivera, Tammy L. <TRivera@hinshawlaw.com>; Powell, Eleanor J. <EPowell@hinshawlaw.com>
**Subject:** RE: Calkin v. PRA - docs relevant to RFA

Hi Vernon:

Thank you for the telephone.

As we discussed, I believe that Experian documents bates numbered EXP – Calkins-2628 000138-155 and 000235, demonstrate that my client (PRA) properly reported the debt as settled and account collected. Please let me know if you will agree and if your client will agree to dismiss my client.

Also, thank you for the **extension until July 14**th for my client to serve responses to your client's discovery requests.