# Exhibit "F"

# Exhibit "F"

CASE NO. 2:16-CV-02628 RFB-VCF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

MICHAEL CALKINS,
*Plaintiff,*

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
*a foreign limited liability company; and*
EXPERIAN INFORMATION SERVICES, INC.,
*Defendants.*

------------------------------------

ORAL DEPOSITION OF
DOUGLAS A. HOLLON,
EXPERIAN 30(b)(6) REPRESENTATIVE
July 25, 2017

------------------------------------

66

to make a copy within that production, Mr. Court Reporter?

THE REPORTER:  Yes, sir.

MR. SKALAK:  And then afterwards we can make a copy and mark that one page as the exhibit, separately mark one copy as Exhibit 14.

THE REPORTER:  Yes, sir.

Q.  (BY MR. SKALAK)  Okay.  Have you seen this document before, Mr. Hollon?

THE WITNESS:  This one?

MR. SHARPLES:  Yes.

THE WITNESS:  235?

MR. SHARPLES:  235.  I believe that's it.

Q.  (BY MR. SKALAK) Yes, sir.

A.  I'm just supposed to look at 235 by itself?

Q.  Yes, sir.

A.  Right.  I've seen this before.

Q.  Do you recognize the document?

A.  Yes, sir.

Q.  What is this document?

A.  This is the ACDV response from Portfolio.

Q.  And was that sent to Experian on December 24, 2015?

A.  It looks like that's -- Experian sent it to

67

Portfolio on December 24, 2015.

Q.    And PRA responded on January 8, 2016?

A.    Yes, sir.    That's correct.

Q.    Can you look at the section titled "Subscriber Response."

A.    Yes, sir.    I see that.

Q.    Is there anything in that response that indicates that PRA was reporting this account as being in collections in December 2015 and January 2016?

A.    I don't see that in that block.

Q.    So if there's no report that this is in collections during those two months, is there a basis for negative information regarding the December 2015 and January 2016 collection status being included in Mr. Calkins' Experian reports?

MR. SHARPLES:    Objection.    Form and foundation.

THE WITNESS:    The one thing as far as collection, the account was already listed in collection.    If you look at the on profile block, the account says "settled collection"; so it's -- it was already in collection status.

Q.    (BY MR. SKALAK) And when you say collection status, you're just -- that's generic for anything that's a collection account, even though it's actually

settled and not being actively collected at the time?

MR. SHARPLES:  Objection.  Form.

THE WITNESS:  Just because it's settled or paid doesn't change the description of the account. The status is still collection.

(Exhibit 15, Defendant Experian Information Solutions, Inc's Responses to Plaintiff's First Set of Requests for Admissions, CPRA-PLT 000459 through 480, identified.)

Q.    (BY MR. SKALAK) Let's move to Exhibit 15. And that's going to be Bates stamped CPRA-PLT 000459 through 47 -- or I'm sorry, 480.  This is going to be Exhibit 15.

A.    Yes, sir.  I have Exhibit 15.

Q.    Okay.  And this is designated Experian Information Solutions, Inc.'s Responses to Plaintiff's First Set of Request For Admissions.  Do you see that on the cover page of this document?

A.    Yes, sir.

Q.    Can you take a look through Exhibit 15 and first look at the admissions and confirm that every single answer indicates that Experian responds that it does not have enough information with which to accurately admit or deny this request at this time? And that seems to be the last or part of the last sentence of each response.