Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SERVICES, INC.<br><br>Defendants. | Case No. 2:16-cv-02628-RFB-VCF<br><br>**STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**[FOURTH REQUEST]**<br><br>Complaint filed: November 15, 2016 |

Plaintiff Michael Calkins ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian") and Portfolio Recovery Associates, LLC ("Portfolio") by and through their respective counsel, hereby move the Court to request a 14-day extension of the dispositive motion deadline currently set for November 20, 2017 as to Experian.[1]

Good cause exists to grant this extension as Defendant Experian is currently engaged in settlement discussions with Plaintiff which are aimed at resolving this case as to Experian in full. An extension of the dispositive motion deadline will give the parties additional time to pursue all

---

[1] The parties previously entered into two stipulations to extend discovery and dispositive motion deadlines. (ECF Nos. 21 and 23). Thereafter, at the hearing on Portfolio's motion for protective order held on October 5, 2017, the Court ordered the dispositive motion deadline be extended to November 20, 2017. Therefore, the parties are treating this as the Fourth Request to extend the dispositive motion deadline.

settlement possibilities before incurring the costs associated with preparing dispositive motions.

As such, Plaintiff, Experian, and Portfolio respectfully request a 14-day extension of the dispositive motion deadline for Experian making the new deadline December 4, 2017.

Dated this 15th day of November 2017.

| THE LAW OFFICE OF VERNON NELSON | NAYLOR & BRASTER |
|---|---|
| By: */s/ Vernon A. Nelson*<br>Vernon A. Nelson, Jr.<br>Nevada Bar No. 6434<br>9480 S. Eastern Ave., Ste. 244<br>Las Vegas, NV 89123 | By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 |
| *Attorneys for Plaintiff Michael Calkins* | *Attorneys for Defendant Experian Information Solutions, Inc.* |

KRAVITZ, SCHNITZER, & JOHNSON, CHTD.

By: */s/ Gina M. Mushmeche*
Gina M. Mushmeche
Nevada Bar No. 10411
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

*Attorneys for Portfolio Recovery Associates, LLC*

**IT IS SO ORDERED.**

Dated: 11-16-2017

HONORABLE CAM FERENBACH
United States Magistrate Judge

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000