VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Michael Calkins*

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-02628 RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, and IA 6-2, the parties, by and through their attorneys of record hereby stipulate and request the court as follows:

1. This is the first stipulation for extension of time to allow Plaintiff MICHAEL CALKINS ("Plaintiff") to respond to the Motion for Summary Judgment filed by Portfolio Recovery Associates, LLC., ("Defendant") on November 6, 2017. (ECF No. 34)

2. The Plaintiff's responsive pleading to the said Motion for Summary Judgment is due on November 27, 2017.

3. The parties agree to extend the Plaintiff's time to file a responsive pleading to Defendants' Motion for Summary Judgment in the above-caption matter from November 27, 2017 to December 4, 2017. Good cause exists for this request.

/ / /

/ / /

4. The extension is requested by Plaintiff's counsel due to a family emergency that has kept him out of the office, and therefore, counsel has been unable to attend to and respond to Defendants' Motion for Summary Judgment by November 27, 2017. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

Dated: this 27th day of November, 2017.

KRAVITZ, SCHNITZER, & JOHNSON, CHTD

By: /s/ Gina M. Mushmeche
Gina M. Mushmeche
Nevada Bar No. 10411
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

Dated: this 27th day of November, 2017.

THE LAW OFFICE OF VERNON NELSON, PLLC

By: /s/ Vernon Nelson
Vernon Nelson
Nevada Bar No. 6434
9480 South Eastern Avenue, Suite 252
Las Vegas, NV 89123
*Attorneys for Plaintiff Michael Calkins*

**IT IS SO ORDERED.**

Dated: This 30th day of November, 2017.

RICHARD F. BOULWARE, II
United States District Judge