Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CALKINS, | Case No. 2:16-cv-02628-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SERVICES, INC. | |
| | **[FIFTH REQUEST]** |
| Defendants. | Complaint filed: November 15, 2016 |

Plaintiff Michael Calkins ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian") and Portfolio Recovery Associates, LLC ("Portfolio") by and through their respective counsel, hereby move the Court to request a 14-day extension of the dispositive motion deadline currently set for December 4, 2017 as to Experian.[1]

Good cause exists to grant this extension as Defendant Experian is currently engaged in settlement discussions with Plaintiff which are aimed at resolving this case as to Experian in full. However, Plaintiff and Experian have been unable to engage in settlement discussions due to

---

[1] The parties previously entered into two stipulations to extend discovery and dispositive motion deadlines. (ECF Nos. 21 and 23). Thereafter, at the hearing on Portfolio's motion for protective order held on October 5, 2017, the Court ordered the dispositive motion deadline be extended to November 20, 2017. On November 15, 2017, the Parties filed a Stipulation to Extend to the Dispositive Motion deadline as to Experian until December 4, 2017. Thus, the parties are treating this as the Fifth Request to extend the dispositive motion deadline.

unforeseen circumstances with Plaintiff's counsel.[2] An extension of the dispositive motion deadline will give the parties additional time to pursue all settlement possibilities before incurring the costs associated with preparing dispositive motions.

As such, Plaintiff, Experian, and Portfolio respectfully request a 14-day extension of the dispositive motion deadline for Experian making the new deadline December 18, 2017.

Dated this 1st day of December 2017.

| | |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | NAYLOR & BRASTER |
| By: /s/ Vernon A. Nelson<br>Vernon A. Nelson, Jr.<br>Nevada Bar No. 6434<br>9480 S. Eastern Ave., Ste. 244<br>Las Vegas, NV 89123 | By: /s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 |
| *Attorneys for Plaintiff Michael Calkins* | *Attorneys for Defendant Experian Information Solutions, Inc.* |

KRAVITZ, SCHNITZER, & JOHNSON, CHTD.

By: /s/ Gina M. Mushmeche
Gina M. Mushmeche
Nevada Bar No. 10411
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

*Attorneys for Portfolio Recovery Associates, LLC*

**IT IS SO ORDERED.**

Dated: 12-4-2017

_____
HONORABLE CAM FERENBACH
United States Magistrate Judge

---

[2] On November 27, 2017, the Parties file a Stipulation to Extend the time allowed for Plaintiff to file an Opposition to Defendant Portfolio Recovery Associate's Motion for Summary Judgment until December 4, 2017, which indicates Plaintiff's counsel has not been in the office due to a family emergency and therefore unable to attend to and respond to the Motion for Summary Judgment. (ECF No. 39). Similarly, Plaintiff's counsel has been unable to engage in settlement discussions as intended.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000