GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Portfolio Recovery Associates, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>  Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SERVICES, INC.,<br><br>  Defendants. | Case No. 2:16-cv-02628-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC TO RESPOND TO PLAINTIFF MICHAEL CALKINS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, and IA 6-2, the parties, by and through their attorneys of record hereby stipulate and request the court as follows:

1. This is the first stipulation for extension of time to allow Defendant Portfolio Recovery Associates ("PRA") to respond to the Opposition to the Motion for Summary Judgment filed by Plaintiff on December 5, 2017 (ECF No. 43).

2. The PRA's responsive pleading to the said Opposition to Motion for Summary Judgment is due on December 19, 2017.

3. The parties agree to extend PRA's time to file a Response to Plaintiff's Opposition to Motion for Summary Judgment in the above-caption matter from December 19, 2017 to January 5, 2018. Good cause exists for this request.

300481369v1 0993589

4. The extension is requested by PRA's counsel due to the fact counsel has been unable to attend to and respond to Plaintiff's Opposition to Motion for Summary Judgment. This stipulation is not made for purposes of delay.

Dated: this 18th day of December, 2017.    KRAVITZ, SCHNITZER, & JOHNSON, CHTD.

By: /s/ *Gina M. Mushmeche*
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

Dated: this 18th day of December, 2017.    NAYLOR & BRASTER

By: /s/ *Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Dr., Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions*

Dated: this 18th day of December, 2017.    THE LAW OFFICE OF VERNON NELSON, PLLC

By: /s/ *Vernon Nelson*
Vernon Nelson, Esq.
Nevada Bar No. 6434
9480 S. Eastern Ave., Suite 252
Las Vegas, NV 89123
*Attorneys for Plaintiff Michael Calkins*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 19th day of December, 2017.

2

300481369v1 0993589

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th of December, 2017, I served a copy of the foregoing ***STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC TO RESPOND TO PLAINTIFF MICHAEL CALKINS OPPOSITION TO MOTION FOR SUMMARY (FIRST REQUEST)*** upon each of the interested parties via electronic service through the United States District Court for the District of Nevada's ECF system to the following:

| | |
|---|---|
| Vernon A. Nelson, Jr., Esq.<br>The Law Office of Vernon Nelson<br>9480 S. Eastern Avenue, Suite 252<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* | Jennifer L. Braster, Esq.<br>Naylor & Braster<br>1050 Indigo Drive, Suite 200<br>Las Vegas, Nevada 89145<br>*Attorneys for Experian Information Solutions* |

By /s/ *Annette Cooper*
An Employee of Kravitz, Schnitzer, Johnson, CHTD.

300481369v1 0993589