# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

MICHAEL CALKINS,

           Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC, *et al.*,

           Defendants.

2:16-cv-02628-RFB-VCF
**<u>ORDER</u>**

Before the court is Defendants' Request for Settlement Conference and to Continue the Pretrial Order Deadline (ECF NO. 52).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendants' Request for Settlement Conference and to Continue the Pretrial Order Deadline (ECF NO. 52) is scheduled for 1:00 PM, October 4, 2018, in Courtroom 3D.

DATED this 27th day of September, 2018.

                                 _____
                                 CAM FERENBACH
                                 UNITED STATES MAGISTRATE JUDGE